IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,  :

    Plaintiff,  :

  v.  :  Case No. 2:12-mj-0791

Hitham Almigdad,  :  Magistrate Judge Kemp

    Defendant.  :

## ORDER

Defendant's unopposed motion (#10) for return of passport is granted. The Clerk shall return the defendant's passport to him or his authorized representative upon request.

                              /s/ Terence P. Kemp
                              United States Magistrate Judge